AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2639
Facsimile:  (212) 637-2750
E-mail: jacob.lillywhite@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE SIXTY | : | No. 20 Misc. 361 |
| -SECOND CIVIL JUDGE OF MEXICO | : | |
| CITY, MEXICO, IN THE MATTER | : | |
| OF *BANCO AZTECA COMPANY AND* | : | |
| *FULL-SERVICE BANK, ET AL. v.* | : | |
| *COMUNICACIÓN e INFORMACIÓN* | : | |
| *VARIABLE CAPITAL COMPANY* | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Jacob Lillywhite, executed on November 4, 2020, the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Jacob Lillywhite, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Sixty-Second Civil Judge of Mexico City, Mexico, seeking information from Goldman Sachs & Co., LLC, in New York, New York, in connection with a proceeding pending in that court captioned *Banco Azteca Company and Full-Service Bank, et al. v. Comunicación e Información Variable Capital Company*.

Dated:   New York, New York
         November 4, 2020

                                     Respectfully submitted,

                                     AUDREY STRAUSS
                                     Acting United States Attorney for the
                                     Southern District of New York

By:     */s/ Jacob Lillywhite*
           JACOB LILLYWHITE
           Assistant United States Attorney
           86 Chambers Street, 3rd Floor
           New York, New York 10007
           Tel:   (212) 637-2639
           Fax:   (212) 637-2750
           E-mail: jacob.lillywhite@usdoj.gov