UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
IN RE: : *EX PARTE* ORDER
:
LETTER ROGATORY FOR : No. 20 Misc. 361
INTERNATIONAL JUDICIAL :
ASSISTANCE FROM THE SIXTY :
-SECOND CIVIL JUDGE OF MEXICO :
CITY, MEXICO, IN THE MATTER :
OF *BANCO AZTECA COMPANY AND* :
*FULL-SERVICE BANK, ET AL. v.* :
*COMUNICACIÓN e INFORMACIÓN* :
*VARIABLE CAPITAL COMPANY* :
----------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

WHEREAS, the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, on behalf of the Sixty-Second Civil Judge of Mexico City, Mexico, is seeking to obtain information from Goldman Sachs & Co., LLC, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned *Banco Azteca Company and Full-Service Bank, et al. v. Comunicación e Información Variable Capital Company*;

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Jacob Lillywhite, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Goldman Sachs & Co., LLC and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve

Goldman Sachs & Co., LLC with a copy of this Order and the accompanying documents.

Dated: New York, New York
       November 5, 2020

_____
UNITED STATES DISTRICT JUDGE

2